# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**MATTHEW COCKBURN**                                               **PLAINTIFF**

v.                     **No: 5:19-cv-203-DPM**

**DUSTY DODSON, Jail Administrator,**
**Dallas County Detention Center**                             **DEFENDANT**

## ORDER

**1.** The Court withdraws the reference.

**2.** Joint motion to dismiss, *Doc. 16*, granted. Cockburn's complaint will be dismissed with prejudice based on the parties' settlement.

So Ordered.

*[signature]*
_____
D.P. Marshall Jr.
United States District Judge

 29 June 2020