IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MATTHEW COCKBURN                                                          PLAINTIFF

v.                              No: 5:19-cv-203-DPM

DUSTY DODSON, Jail Administrator,
Dallas County Detention Center
DEFENDANT

## JUDGMENT

Cockburn's complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

29 June 2020